# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**     **Plaintiff**

**v.**     **Case No.: 4:21–cr–00271–LPR**

**Justin Holzknecht**     **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for October 7, 2022, at 01:00 PM before Judge Lee P. Rudofsky in Little Rock Courtroom # 1D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** September 12, 2022     AT THE DIRECTION OF THE COURT
    TAMMY H. DOWNS, CLERK

    **By:** Heather M. Lyvers–Clark, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas